1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  CARLOS JOSEPH LOPEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 1:12-cr-00441 AWI
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE AND
13         v.                        )   ORDER THEREON
                                     )
14 CARLOS JOSEPH LOPEZ,              )   Date:  August 11, 2014
                                     )   Time:  10:00 a.m.
15              Defendant.           )   Judge: Hon. Anthony W. Ishii
                                     )

16    **IT IS HEREBY STIPULATED** by the parties, through their respective counsel, LAUREL

17 J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

18 Assistant Federal Defender, counsel for defendant Carlos Joseph Lopez, that the date for status

19 conference in this matter may be continued to August 11, 2014, or the soonest date thereafter that

20 is convenient to the court. **The date currently set for status conference is July 21, 2014.  The**

21 **requested new date is August 11, 2014.**

22    The parties are attempting to reach a plea agreement in this matter. While an agreement

23 seems near, additional time is needed for further investigation and negotiations. It is anticipated

24 that the requested continuance will allow sufficient time for the negotiations to conclude.

25    The parties agree that the delay resulting from the requested continuance shall be

26 excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

27 and (B)(iv).  For this reason, the ends of justice served by the granting of the requested

28 continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 15, 2014 | By  */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 15, 2014 | By  */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS JOSEPH LOPEZ |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  July 17, 2014

_____
SENIOR  DISTRICT  JUDGE