HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS JOSEPH LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS JOSEPH LOPEZ,<br><br>Defendant. | Case No. 1:12-cr-00441-JLT-BAM<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Carlos Joseph Lopez (Fresno County Sheriff's Booking No. 2311964; Person ID 7053784) shall be released from the Fresno County Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Tuesday, March 7, 2023, at 9:00 a.m.  Mr. Mitchel will then transport Mr. Lopez directly to the Salvation Army Stockton Adult Rehabilitation Center, located at 1247 S. Wilson Way, Stockton, California, for intake and admission into the program.

IT IS SO ORDERED.

Dated:   **March 6, 2023**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE